66 F.3d 316
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Darrell NELSON, Plaintiff--Appellant,
v.
Lynn C. PHILLIPS; W.E. McMichael, Jr.; Richard T. Duke,
Jr.; Franklin Freeman, Defendants--Appellees.
 No. 95-6920.
 United States Court of Appeals, Fourth Circuit.
 Submitted Aug. 24, 1995.
Decided Sept. 18, 1995.
 
 Darrell Nelson, Appellant Pro Se.
 Before WIDENER, HALL, and WILLIAMS, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's orders denying relief on his 42 U.S.C. Sec. 1983 (1988) complaint and denying his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Nelson v. Phillips, No. CA-95-260-5-BO (E.D.N.C. Apr. 7, 1995; May 15, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.